**In re Thurman J. RODGERS, Thomas A. Lorincz, Steven J. Rusconi, Ronald J. Reynolds, and Paul L. Liebenberg.**

No. 2010–1384.

United States Court of Appeals, Federal Circuit.

May 4, 2011.

Larry E. Henneman, Jr., Henneman & Associates, PLC, of Three Rivers, Michigan, argued for appellants. Of counsel was Darren M. Franklin, Sheppard Mullin Richter & Hampton LLP, of Los Angeles, CA.

Thomas W. Krause, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor and William Lamarca, Associate Solicitor.

RADER, Chief Judge, NEWMAN and MOORE, Circuit Judges.

#### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**